*United States v. Andrew Reiner*

**17-CR-70-RJA**

# DEFENDANT'S EXHIBIT A

University of the State of New York
THE STATE EDUCATION DEPARTMENT
High School Equivalency Office
P.O.Box 7348
Albany, New York 12224-0348

# NEW YORK STATE HIGH SCHOOL EQUIVALENCY TRANSCRIPT

You have earned satisfactory scores * on the TASC™ and/or GED® Tests and have been awarded a New York State High School Equivalency diploma.

| | Current TASC™ Test Scores | Lang** | Highest TASC™ Test Scores | Lang** | Highest GED® Test Scores | Lang** | Passed Subtest |
|---|---|---|---|---|---|---|---|
| Writing | 560 | E | 560 | E | N/A | | Y |
| Social Studies | 600 | E | 600 | E | N/A | | Y |
| Science | 626 | E | 626 | E | N/A | | Y |
| Reading | 620 | E | 620 | E | N/A | | Y |
| Mathematics | 586 | E | 586 | E | N/A | | Y |
| ESL | ----- | ----- | ----- | ----- | | | |
| Total Scores | 2992 | | 2992 | | | | |

| Test Center Number | 857 |
|---|---|
| Test Date | 06/08/2017 |
| HSE ID Number | 625098 |
| TASC™ ID Number | 000107226 |
| Date of Birth | 10/11/1987 |
| Diploma Number | S04803285 |
| Date Issued | 07/13/2017 |
| Current Status | Passed |

* Minimum passing test score for each subtest on the TASC™ Test is 500
* Minimum passing score for each subtest on the GED® Test was 410 (2002-2013)
**E=English Language, S=Spanish Language, F=French Language

*Andrew P Reiner*
*5526 Niagara Street Extension*
*Lockport  NY 14094*

This transcript is produced for:     **Andrew P Reiner**

HSE 661 (7/15)



New York Test Center Portal                                    Page 1 of 3

**New York Test Assessing Secondary Completion**

Welcome, Jessica Bush      **Logout**

Active Test Center : ORLEANS COUNTY JAIL

Home      Scheduled Exams      Register Examinee      Schedule Examinee      Test Center Profile      Your Profile

Find Examinee by Examinee ID, Social Security Number, Phone Number, E-mail, or Last name        **Find**

## Andrew Reiner UUID# 000-107-226

**Upcoming Test**

There are no upcoming tests

Registered on June 7, 2017 by Jessica Bush at NIAGARA COUNTY JAIL (716) 438-3319

Social Security Number        or Government ID
xxxx-xx-5426

Government ID Type
Select Government ID Type ⌄

First Name    *(Official Legal Name)*    Middle Initial        Last Name    *(Official Legal Name)*
Andrew                                    P                     Reiner

Date of Birth        *(MM/DD/YYYY)*    Gender
10/11/1987                              Male      Female

Race        *(Check all that apply)*
    American Indian / Alaska
    Native
    Asian
    Black / African American
    Native Hawaiian / Other Pacific
    Islander
    White

Ethnicity
Not Hispanic ⌄

Home Language
English ⌄

Email Address            Confirm Email Address        Alternate E-mail Address

Land Line Number          Cell Phone Number            Alternate Number
(716) 438-3319

Mailing Address or PO Box    Mailing Address, 2nd line    City
5526 Niagara Street Ext                                   Lockport

New York Test Center Portal

*Apartment, Suite, Unit, Floor, etc.*

| County | State | Zip Code |
|--------|-------|----------|
| Niagara | New York (NY) | 14094 |

**Update**

*Andrew*

## Testing Profile

View Forms

A B C

D E F

G H I

**Schedule Exams**

Started

Legend: (P)= Paper/Pencil, (C)= Computer, (A)= Audio, (B)= Braille, (L)= Large Print

| Content Area | Form G | Form H | Form I | Exam Status |
|--------------|--------|--------|--------|-------------|
| Reading | PASSED, 620 English (P) Tested 6/8/2017 at NIAGARA COUNTY JAIL Answer Sheet #50530184 | | | Retest Available |
| Writing | PASSED, 560 English (P) Tested 6/8/2017 at NIAGARA COUNTY JAIL Answer Sheet #50530184 | | | Retest Available |
| Mathematics | PASSED, 586 English (P) Tested 6/9/2017 at NIAGARA COUNTY JAIL Answer Sheet #50530184 | | | Retest Available |
| Science | PASSED, 626 English (P) Tested 6/9/2017 at NIAGARA COUNTY JAIL Answer Sheet #50530184 | | | Retest Available |
| Social Studies | PASSED, 600 English (P) Tested 6/8/2017 at NIAGARA COUNTY JAIL Answer Sheet #50530184 | | | Retest Available |



**DRC** | **CTB**

Support | Terms of Use | Privacy Notice   Copyright 2017 DRC/CTB. All Rights Reserved.

*United States v. Andrew Reiner*

**17-CR-70-RJA**

# DEFENDANT'S EXHIBIT B



Honorable Richard J. Arcara

United States District Judge

c/o Marybeth Covert

Assistant Federal Public Defender

300 Pearl Street,Suite 200

Buffalo,NY 14202


Your Honor Judge Arcara,


Im Lyle E.Reiner Andrew Reiners father im 71 years old and retired. I worked hard all my life from digging graves to working for a electric ultility company. I was drafted in the Army in 1968 and went to vietnam after training in the US. When i arrived in Vietnam i was assigned to the Bloody 1ST Infantry division. When i came back home from my second tour in vietnam ,i wasnt ever the same person again still today.  I   became an alcoholic.

My son Andrew was born October 11 !987 his mom and i where full blown alcoholics,as the result he was born a premie and had fetal alcohol syndrome. He had to go to cerabal palsy school before going to public primary school because of a learning disability. When he went to cleveland hill school he was in special education. When andy and his brother started primary school there mother was put in a nursing home at Erie County Home and Infirmary. As a result i had a very hard time raising the two boys on my own and most likely made there lives miserable.

Andrew had catholic charities counselors coming to our house most of his young life he didnt know what was up or down he suffered so much with everybody in his face all the time,he just wanted to live a normal life.and enjoy being a young person.He some how managed  to pick his self off the

1

ground and started making alot of friends in school and neighborhood.

Im so proud of him how he grew up a young man that was happy and fun to be with and at his young age tried to help his friends who needed lunch money,etc even though he was in dire straights when he was younger.He never drank alcohol or did drugs all of his 29 years of life.

1.29.2017 07:23 PM  Mr Reiner                    1 716 896 1769          PAGE.  1

Andy worked hard too he worked his way up the ladder at Dollar General in 10 years they gave him his own store to be a manager. He helped me and his mom out by fixing our apartment and paying our bills and grocery shopping and taking us to docter appointments. Just a side note his mother and i quit drinking in 1994.

I can read my sons eyes when i see him in jail he has a positive attitude and has good friends but i see the terror in his eyes of the situation he is in and missing his sons graduation and his young daughter growing up.Im not very healthy and dont no how much longer i can do docters appointments for my grandchildren.

Maybe this letter sounds like poor lyle this my way of expressing how Andys life was.

His mother and I and his 7 other brothers and sisters hope the court can treat him with fairness and and leniently.

Sincerely,

Lyle E Reiner



Honorable Richard J. Arcara
United States District Judge
c/o MaryBeth Covert
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Your Honor,

I am writing this letter to refer Andrew Reiner in regards to his character.
I would like to introduce myself as Nathan Reiner. I am 36 years old, working in the
position of an Audio Engineer, and brother of Andrew Reiner, residing at 257
Arthur Musarra PKWY, Cheektowaga, New York.

While growing up around Andrew, I have witnessed his hard work, as he often held
multiple jobs. He is the type of person that promotes positivity, and has abstained
from drugs and alcohol his entire life.

He is a very cheerful and helpful person. He is always the first one to volunteer to
help someone, be it with a ride to work, moving, or even offering encouraging words
to motivate someone.

I was shocked to hear that he is being tried by the court. I know that this was an
unfortunate series of events for Andrew, but that he is very eager to move on from
his bad decision, and get back to contributing to society in the most positive and
productive manner.

Sincerely,
Nathan Reiner

10-10-'17 10:39 FROM- SPECTRUM HUMAN SRVCS   716-828-1522         T-954  P0002/0002 F-413

Alexandria Murphy
10 Primrose Dr
Cheektowaga NY 14225

October 10, 2017

Honorable Richard J. Arcara
United States District Judge
c/o MaryBeth Covert
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Judge Richard J. Arcara,

My name is Alexandria Murphy (nee Hyla). I am 27, a nurse (LPN) of 6 years and more importantly a mother of 2 boys. My oldest son Ian, is also Andrew's oldest. Ian is a 9 year old smart, funny and compassionate young man.

I met Andrew when I was 14 years old in 2004. We attended the same school and lived in the same neighborhood. We dated from 2004-2007 and I had our son in 2008.

While Andrew unfortunately was absent a great deal from our son's life in the beginning years, I can say that when he was present he was a good father, who believed in teaching our son respect, manners and to be a good person. Andrew has also been consistent in helping to raise our son financially without complaint. In recent time, prior to his arrest Andrew was making an effort to be a better father and to remain a present figure in Ian's life with the hopes of being someone Ian could look up to.

While incarcerated I have witnessed Andrews growth and understanding that his priorities in life were not where they should be. Andrew has expressed remorse over his decisions and the effects that is has had on others' lives as well as his own. Andrew regularly reaches out to our son by phone and letters. He has taken up an interest in religion as a way to positively cope with his life stressors and has been trying share this with our son as well. He continues to encourage our son to be respectful in general but especially towards me and to be a good brother to my younger son. Andrew has voiced to writer that he intends to start a religious based support group for parolees to try to decrease the number of individuals who are re incarcerated after serving his own time.

Prior to his incarceration, Andrew lived at home with his father and mother. Andrews's father became ill with leukemia resulting in a few hospitalizations. His mother has mental health issues, I am not sure what the diagnosis is. Andrew chose to assist his father with the financial responsibilities as well as offering care and support to him and his mother.

Over the last 13 months, I have struggled to explain to my son Andrews poor decisions and the consequences that entail them. I ask you for leniency in regards to Andrews's sentence not only for Andrew but for his sons. Ian and AJ deserve to have a father figure prior to their adult years not just by phone and letters.

Sincerely,

Alexandria Hyla

Alexandria Murphy



Honorable Richard J. Arcara
United States District Judge
c/o MaryBeth Covert
Assistant Federal Public Defender
300 Pearl St, Suite 200
Buffalo, NY 14202

Greetings,

My name is Leandra Gladden. I am 28, employed by Spectrum Communications as a Social Media Care Representative, and currently reside at 148 Eaton St, Buffalo, NY 14208. I am writing on behalf of Andrew P. Reiner.

I have known Andrew since March of 2010. We dated and lived together until May of 2015, and have 1 child together, Andrew James Lincoln Reiner (aka AJ).

I would like to speak to Andrew's character by way of presenting a few examples. To speak to his selflessness: we discovered I was with child late into the pregnancy; 5 ½ months to be exact. While we were both working and able to get by, he realized right away that additional income would be necessary and promptly took on a second job and began working overnights stocking groceries for 8 hours and worked as an Assistant Manager during the day, usually working 8-10 hour shifts. To speak to his loyalty: a few months after our child was born, I was diagnosed with Steven Johnson's Syndrome from an allergic reaction and was hospitalized for almost a month. During that time, he set aside his pride and corresponded, orchestrated, and assisted my parents with the care of our child. Prior to that, my parents had a very low opinion of him, and based on his behavior and actions, their opinion of him changed drastically. To speak to both his loyalty generosity: every Christmas, he would *shower* his family with gifts. One year, he bought his father, mother, and brother 2-3 individual gifts, he also bought a set of pots, a set of dishes, a microwave, and a few other household items, as well as a full month's worth of groceries.

While I know that these examples do not provide a full picture of who Andrew is as a person, I hope that I have been able to provide some insight into his character as a loving and generous person. I also hope that leniency is shown as our son, now 6, loves and misses his father very much. I thank you for your time and attention.


Sincerely,

Leandra F Gladden

Honorable Richard J. Arcara
United States District Judge
C/O Mary Beth Covert
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

My name is Angelina Ineke
I am Andrew's girl friend, I am 18
Years old. I am a grill Cook at
Cracker Barrel.
I have Known Andrew Reiner for
2 and half Years through Social
media.
Andrew Reiner is one of the nicest
person I have ever met, Andrew
has been helping his parents out
with food stuff, money, he takes
Care of his mom, he gives me
Rides to anywhere I want to
go to but since he was locked
up it has been very hard for
each and every one of us.
I remembered when he went to
her sisters house to defend her

When her heard that her boyfriend was beating her up. Even though Andrew is in jail he always try to make sure that his inmate Friends are communicating with their families. I had to put money on his inmates friend daughters cell phone in order to talk to her father on her birthday and she didn't talk to her father for months. He is sometimes telling me to contact his inmates families to make sure that they are fine and also keep them updated. When I go to the store with Andrew it seems like he knows almost everybody there, he stops and greet his customers, friends, family and I get told of how nice, generous Andrew is to people, he makes sure that you are ok. He put people first before himself. I was still staying with Andrew when he got arrested, I didn't know he was arrested, I was home

waiting for his return from
work. It was a shock to me
when his father told me that
he was arrested, I was short
of word I just didn't know
what to do

Andrew believes that God put him
in jail to change and I believe
that too, since Andrew went to
jail he signed up for Church Classes.
Andy going to Church really opened
his eyes, when he calls me to talk
to me all he talk is about the
bible, he prays on the phone with
me. It really did surprised me
at first because when he wasn't
in jail he doesn't believe In
God and he refused to go Church.
He just finished his Classes and
he got his GED and graduated
he told me that he wants to go
to school and open his own
business which is great, he has
made alot of adjustments and
changes to his life that I'm proud
of.

Going to jail has been so hard for Andrew, he hasn't been able to see his kids nor her mom and siblings he is afraid that he might lose his parents while he serves his Sentence.

I hope that Andrew Reiner gets a Second Chances I believe he has learned from his wrong doing his kids needs him, they have been asking about their father and I know that not everybody gets Second Chance but I hope that Andy will be one of the people that gets Second Chances.

*United States v. Andrew Reiner*

**17-CR-70-RJA**

# DEFENDANT'S EXHIBIT C



**Family & Children's**
**Service of Niagara**

Strengthening Niagara . . . One Person, One Family at a Time since 1895.

June 16, 2017

Ms. Marybeth Covert, Esq.
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Ms. Covert,

RE: Andrew Reiner (DOB. 10/11/87)

Family and Children's Service of Niagara is offering parenting classes to the inmates at Niagara County Jail. This letter is being sent to confirm that Andrew Reiner has attended 18 out of the last 21 parenting classes that have been offered at NC Jail. He has been very cooperative and attentive. He actively participates in the classes.

If you need any additional information, please do not hesitate to reach me at (716) 285-6984 x.217.

Respectfully submitted,

Suzanne D. Cassick, LMSW

Program Supervisor

1522 Main Street, Niagara Falls, NY 14305 (716) 285-6984, fax (716) 285-0831, www.niagarafamily.org
Lockview Plaza, 24-44 Main Street, Lockport, NY 14094 (716) 433-6019, fax (716) 433-6534

  



**ORLEANS/NIAGARA**
Board of Cooperative Educational Services

*The mission of the Orleans/Niagara Board of Cooperative Educational Services is to be the premier provider of innovative and effective solutions for the evolving needs of our component districts and other learning collaboratives.*

**Clark J. Godshall, Ed.D.**
**District Superintendent**

June 5, 2017

Honorable Judge Richard J. Arcara

2 Niagara Square

Buffalo, NY 14202

Your Honor:

I am writing to you on behalf of Andrew Reiner. Andrew has attended my GED/HSE class since February 15, 2017. Andrew has committed himself to his studies since that time. Although he came in with high scores, he has grown by leaps and bounds in his "higher" thinking skills. He will be taking the actual exam on June 8-9, 2017.

Andrew not only works towards the goal of a HSE for himself, but also helps his fellow classmates prepare as well. They have a study group on his pod helping each other prepare and review for the test. He is now leading a Bible study with up to 14 men attending. Andrew has lost the "me" philosophy and turned it into the "others" philosophy.

Should you need any further information or assistance, please do not hesitate to ask.

Thank you for your time.

Sincerely,

*Shelly M. Smith*

Shelly M. Smith

*District Superintendent & Orleans Career and Technical Education Center • 4232 Shelby Basin Road, Medina, New York 14103*
*Niagara Career and Technical Education Center & Niagara Academy • 3181 Saunders Settlement Road, Sanborn, New York 14132*
*Niagara Conference and Technology Center • 4124 Saunders Settlement Road, Sanborn, New York 14132*
*1-800-836-7510*

ALBION • BARKER • LEWISTON-PORTER • LOCKPORT • LYNDONVILLE • MEDINA • NEWFANE • NIAGARA FALLS • NIAGARA-WHEATFIELD • NORTH TONAWANDA • ROYALTON-HARTLAND • STARPOINT • WILSON



# Life Empowerment Program

*Changing Generations*

**P.O. Box 2755, Niagara Falls, NY 14302**
**Tel: (716) 438-6375   Web: http://bit.ly/outfbpage**

June 18, 2017

Judge Richard J. Arcara
c/o United States District Courthouse
2 Niagara Square
Buffalo, NY 14202

RE: ANDREW REINER          DOCKET # 27111-055

To the Honorable judge Richard J. Arcara,

      My name is Maureen O'Halloran, and I am a social worker and group facilitator with OPERATION U-TURN.  We are an Emotional Literacy and Empowerment Program at the Niagara County Jail where we first met Andrew.  The goal of our program is to help inmates master their emotions, change behaviors, and learn healthy ways to cope with stress.

      Operation U-Turn works exclusively with inmates and believes that incarceration is an opportunity for a person to work on their issues, heal their hearts, and change negative behaviors.  Apparently, that is what Andrew has chosen to do during his time at the Niagara County Jail.   Besides our class, I know for a fact that he has been working on his GED, and attends Parenting classes.  Today in class, he shared that he looks at his incarceration as an opportunity to work on himself and his own issues.  He hopes to leave jail a better person than when he came in. He is reading all the material, doing the homework, encouraging others, and actively participating in class.  We wanted you to see what we see in Andrew.  Thank you for your consideration as you sentence him.

Respectfully submitted,

*Maureen O'Halloran*

Maureen O'Halloran



Reverend John Kula John Kula
Total Freedom Program
282 Broadway
Darien Center, NY 14304
July 8 2017

Honorable Richard J. Arcara
United States District Judge
c/o MaryBeth Covert
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, N.Y. 14202

Dear Honorable Richard J. Arcara:

My name is John Kula, I'm director and pastor of Total Freedom, a faith-based nine month
residential addiction program in Darien Center, NY. I'm also Chaplain at the Genesee County
Jail in Batavia NY. And have been facilitating a bi-weekly bible study At Niagara County Jail
for the past six years. I have known Andrew for one and a half years. He has been attending the
bible studies faithfully. He has been very respectful and has shown interest in learning more
about his faith in Jesus Christ. He has shown consideration to others needs and has been a
pleasure to have in our group.

Andrew has made some bad decisions. I ask that leniency would be considered in your decision,
and proper help would be administered for Andrew's recovery.

Sincerely,

John Kula
Pastor/Director/Chaplain



**OFFICE OF THE SHERIFF**
**COUNTY OF NIAGARA**
5526 Niagara Street Ext.
P.O Box 496
Lockport, New York 14095-0496

**James R. Voutour**
*Sheriff*

**Michael J. Filicetti**
*Undersheriff*

*(716) 438-3370*

To:  To Whom It May Concern

From:  C.O. Richard Werth, Programs Director
Niagara County Correctional Facility

Date:  June 02 2017

Please be advised that while incarcerated, inmate Reiner,Andrew has regularly attended the following groups weekly since Oct. 2016 here at the facility.  Bible Study, Lessons of life, Project U-Turn, Parenting, Anger Management. He has attended school since Feb. 2017 and will be taking his G.E.D. test on June 8-9 2017. He is also attending Stop the Violence since May 2017.

If I can be of any further assistance, please contact me at the Niagara County Correctional Facility at 438-3431

The Honorable Richard J. Arcara
United States District Judge

This note is in reference to Andrew Reiner.

Mr Reiner has been attending our class, Lifes Lessons, at the Niagara
Holding Center for several months. This  setting has been where we have come
to know Mr. Reiner to some extent.

Andrew has actively supported the group. He is a model participant. His
conduct in our class is always respectful. What we have noted is Andrew's
willingness to share with others.

We can speak well of Andrew based on the time we have come know him.

Respectfully,     Charles White and David D. Pritchard
                  Instructors of Lifes Lessons = N.H.C.

Charles White

David D. Pritchard

6/27/17

**F Bites!**
**One Symphony Circle**
**Buffalo, New York 14213**



To Whom it May Concern:

It is a pleasure to submit a reference letter for your review of Mr. Andrew Reiner, a promising student in my Culinary Training program. Justin successfully completed my culinary training program, and I can say with certainty that he is a promising individual with great skill and leadership qualities.

During his time at F Bites, a culinary program provided through Orleans/Niagara BOCES, he conducted excellent work, and showed great knowledge and critical thinking around a kitchen. He completed several excellent banquet services flawlessly, leading his peers through challenging situations. Throughout his time here he would often do unwanted tasks without being asked, showing great leadership and teamwork skills inside the kitchen.

I consider Mr. Reiner to be a great asset wherever he is hired. Please do not hesitate to contact me at FBitesDirector@yahoo.com if you have any questions or require a further reference.

Regards,


Chef Bobby Anderson
Executive Director
F Bites

*Affiliates*

*-Buffalo-Niagara Medical Campus*

*-Buffalo Public Schools*

*-Erie County Youth Detention Center*

*-Matt Urban Hope Center*

*-Orleans-Niagara BOCES*

*-Police Athletic League*

*-Niagara Falls Housing Authority*

*-Niagara Falls School District*



# CULINARY TRAINING IN EXCELLENCE

*This certificate is awarded to*

## Andrew Reiner

*In recognition of their*

## CERTIFICATE OF COMPLETION

This certificate acknowledges that this individual has displayed a consistent level of skill sets to include kitchen prep, soups, banquet service, sauces, stocks, kitchen safety, and effective demonstration of teamwork and leadership in the

**F Bites Culinary Training Program.**

*April 20, 2017*

**Chef Bobby Anderson, Executive Director**

*United States v. Andrew Reiner*

**17-CR-70-RJA**

# DEFENDANT'S EXHIBIT D

02-14-2017                                                              0955

Dear Counsel,

Since I have been Confined at the Niagara County
Correctional Facility in Lockport, New York with Mr. Andrew
Reiner Since September of 2016, MY outlook on life and
MY career aspirations have taken a Substancial Positive
increase.

Mr. Reiner has been a role model and a mentor too me, out
of about 60 People in our housing Unit, only about 5
of my fellow inmates have a Positive outlook, even on the
most bleakest and darkest days, and Mr. Reiner is definently in
that Category. He has showed me that even though im
Incarcerated. With People, Including myself, whom has made
mistakes during life, its never too late to change for the
better and come out of a bad Situation with a Positive
mindset and demener.

Due to Mr. Reiners actions and attitude, he has showed me
Over the last 5 Months on how to grow spiritually, mentally,
emotionally and Physically. Coupled with these experiences, I
am now working harder to become more intuned with god,
Change my ways, be more loving and Compassionate, while
working towards my career with CSX, Norfolk Southern or
Amtrak as an engineer.

Mr. Reiner has inspired me too stay on the right path with god as my foundation, If he can make me feel this way about my life, Please let him be another Positive Influence on another Persons life. With his mindset and initiative, I believe his talent will be very helpful in a more Positive environment, such as Prticipating in society as the drily tasks of employment, religious services and being a Positive role model and aspect to others, like he was to me.

The time spent with mr. Andrew Reiner has been immeasurable and life changing. Ive truly made a friend for life. Please give him another chance so he can improve his life and others. Please and thank you.

Sincerely,

Arriel J. Pettigrew

Dear Judge Arcara,

Thank you for taking a minute of your time to read this letter.

I have recently been incarcerated at the Niagara County Jail where I have had the privilege to meet Andrew Reiner for the first time. After adjusting a few days I realize that mr Reiner and a group of guys everyday before dinner would go an what I thought hide in an little storage room. Being the nosey person that I am, I found out he was running his own Bible study. I wasn't brought up with the Lord an spiritually but for some reason I decided to try something different in my life since what I was doing apperently wasn't working. So I walked into this room interupting his group an he still welcomed me in with unmad and proudly. I sat in the back an just listened quietly and at the end mr Reiner pulled me aside,

having a privit conversation so I didn't feel out of place. He could tell that this way of life was not normal for me. For the next three weeks he had become a very good friend and a spiritual adviser to me helping me out with many thing from envolopes an paper to contact family to an open ear sometimes just to listen and or give good advice. As you know we all make mistakes but this time I'm glad I did or otherwise I would have never meet this good man that gave me so much and got me back on tract Also helping me find a relationship with the Lord. I feel we all deserve a break in life sometimes but knowing how much he has helped me an many others, if anyone does I feel he should. Thank you again Judge for your time

Sincerely Yours

Cheyanne Mangel

Cheyanne Mangel

Honorable Richard J Arcara
United States District Judge
40 maryBeth Covert
Assistant Federal Public Defender
300 Pearl Street Suite 200
Buffalo NY 14202

My name is Eric Daugherty IM 25
Years old. I have known Andrew Reiner for
about 4 months and in those 4 months He
has changed my Life. When I came to Jail
I was worried about my marriage, my
Children, and my family. Andrew has Help me
Stay in contact with my family threw his family.
He has even written letters to my wife explaining
how ready I am to change my life around
His kind words and amazing ability to guide
People to a new life and new way of thinking is
incredibale and I thank God everyday for Putting
Andrew in my life. Andrew has been a friend, a role
model, and a example of a changed man. He leads a
bible study which is held everyday and me and many
other inmates learn about our Lord and Savior and all
the love he has to offer. Andrew has given his life
over to the Lord and even tho I did not know
him befor he is a chaged man. IV seen chages
in him in the short time IV been here. Andrew is a
friend for life and with his encouragment, guidance
and leadership Im on a new Path which is carved
out by God. Andrew has impacted my life and

many other inmates life in a Profoundly Positive way. One thing I will take with me when I leave here is no one is Perfect and we all make mistakes. Andrew has shown me no matter where you are in life its never too late to change, and give your life over to God.

Eric Daugherty

Eric Daugherty
1048 Fairfield Ave
Niagara Falls NY
14305          716-907-3925

Honorable Richard J. Arcara
United States District Judge
c/o Marybeth Covert
Assistant Federal Public Defender
300 Pearl street, suite 200
Buffalo, NY 14202

     My name is Kevin Bell, a 29 year old Roofer by trade born the 24th day of June. I have only known MR. Reiner for a couple of months through the Niagara County Jail. Even with that being said I feel that my letter should not be discredited for the simple fact that Andrew has inspired me to do better and has done more for me than any past resource or family member I have. I can't speak for others but I believe MR. Reiner is an amazing man who cherishes the things that the majority of people often take for granted such as love, family, and friends. I am truely honored to call him a friend. This one man has given me hope, when I thought there was none. He has helped to open my eyes to the things I should be greatful for, and also helped me to prioritize the things in my life to help me better myself. MR. Reiner has had a giant target on his back while in Jail and even with everything he goes through on a daily basis he remains positive. He Constantly displays selfless acts to help me. No matter what he's going through he's always willing and ready to direct me to the resources or answers I need. I have seen a genuinly good man that I could only hope and pray to be one day.

     I see a man who genuinly just wants another chance to be a

Family man and Father that I know he will be, given the opportunity. I know that Mr. Reiner has made some bad decisions, and I feel there is not one person who hasn't. I also feel that the important thing is to learn from every bad decision to become a better person.

I would just like to ask that this Family man, Father, and personal friend of mine be granted some leniency, and given the opportunity to show the courts that he really has had time to reflect on what he's missing out on, and would never jeopardize that. Mr. Reiner has used his time away from his children and family to change himself into a better man who is focused on them and is ready to lead his family down the road to success just like he has with me.

Sincearly,

Kevin M. Bell

Honorable Richard J Arcara

United States District Judge

C/o MaryBeth Covat

Assistant Federal Public Defender

300 Pearl Street, Suite 200

Buffalo, NY, 14202

Tyler Gillis

lockport, NY, 14094

338 South St

(716) 266-8265

My name is Tylor Gillis im 25 years old and I have known Andrew Reiner for 6 months. Andrew and i meet in niagara County Jail in a bible Study that him and another inmate were conducting.

Thru trials in my life i fell away from GOD which ended up with me in Jail. This time ive spent in Jail has truly been a blessing. Andy has helped me rebuild my self thru the Bible Study, his encouragement, kindness and the example he sets. He is always helping me with accountability and has kept me on a path that is lead by God. When I first arrived to his P.O.D he was the first Person to reach out and make me feel welcomed in a very unwelcoming Place.

Even tho Andy's walk with GOD is new he has an amazing understading of the bible. As a new beliver he has fully surrendered his life to GOD and has rid himself of his old ways. Andrew has gone out of his way many times for others. Andrew spends time one on one with me and other inmates in our POD. Andy is also enrolled in many programs here, he attends anger management, Parenting, Pod Ject U-turn, lessons of life, Back on track, 2 Bible studys and the Bible Study we have in our POD that he runs. Andrew is always taking notes in his programs to share information with other inmates He has also helped many inmates enroll in programs and encourages them to use there time to Better themselfs.

During his time in this POD Ive seen him be insulted because of his charges. Ive seen people be disrespectfull, ignorant, mean and Just degrade him on a regular basis.

He has always responded in a way that
is remarkable and is a true testament to
his walk with GOD. He doesn't get angry
or revengful he has used the way People
treat him as a lesson on how were Suppost
to treat those who oppose us. Ive seen
him go as far as helping the people that
disrespect him, he is a better man than I.
     Andrew is a father who treasures his
Children. He is constantly in contact with
them and encourages other parents the
importance of making the changes needed
to stay out of Jail for there chilrden.
He is never afraid to tell the truth even if it hurts.
His honesty about what needs to be changed in my life is what I needed
     This letter is to show the changes Andrew has made in his
life and others around him. Your honor Andy has expressed deep
Sorrow and regred for what he has done, I know Andy is a
different man, his relationship with God will follow him the rest of
his life I trust and believe in andrew and ask for your
lieniancy in Sentencing. His children and family need him
and ultimatly suffer from his absence.

5/15/17

Jesel Welch
3342 SW Hosannah Lane
Okeechobee, FL 34974

United States District Court
2 Niagara Square
Buffalo, N.Y. 14202
Judge Arcara

TO: The Honorable Judge Arcara,

    I'm truly thankful for the opportunity to write this letter on behalf of Andrew Reiner, who will be scheduled for sentencing with your court. I have no standing to comment on the man Andrew was that has caused him to be facing the consequences he faces today. I never knew that man, I met Andrew while I was incarcerated in Niagara County Jail roughly 6 months ago, so I am no stranger to making my own bad choices as well.

    I want to comment on the man that I met in Niagara County Jail. And the effect he has had on my life and many inmates as well. Andrew serves as a mentor to many men who

have landed in his pod in jail. He helped start a daily bible study where it allows inmates to take a hard look at their lives, and more importantly seek a higher power for help. That bible study was responsible for my choice to head to Florida on my release and sign on for a year long program that trains people in ministry for people in addiction.

The hours and days I've seen Andrew spend time with brothers that were struggling is just a glimpse of the man he has become. I pray that Andrew recieves mercy from this court. That being said I also know there is always consequences to our actions. I thank you for the opportunity to speak on his behalf.

Sincerely,
Jerel Welch

7/17/2017

Honorable Richard J. Arcara
United States District Judge
c/o Mary Beth Covert
Assistant Federal Public Defender
300 Pearl Street, Ste. 200
Buffalo, NY 14200

Dear Judge Arcara,

My name is Dion Cheatham, 43 years old and a fellow inmate with Andrew at the Niagara County Jail. I have been an inmate with Andrew for 10 months. Also, we participate in programs together such as Bible Study and Operation U-Turn.

The first day Andrew and I met I gravitated to him because of the positive energy reflecting off of him. He was nervous to be in jail so offered him my assistance if ever needed. I trusted him from the start. Both of us were in jail for the first time but I offered him my miniscule legal advice I had. Shortly after being initially incarcerated Andrew joined our mini Bible group some of us started a couple months before he was incarcerated. I don't believe Andrew has

any experience in the Bible before jail but you couldn't tell. He became addicted to learning the Bible and getting in touch with his spirituality. You could see it in Andrew's eyes he was determined to become a better person he was before he came to jail. Now months later Andrew spearheads our Pods Bible study. He leads newer inmates to learn the Word to lead a better life.

His reputation in the jail is all positive. He doesn't get into trouble and he lives by the saying "What Would Jesus Do?" I know Andrew is a truly respected leader in this jail and someone thats never coming back to jail. He will continue to learn and work on his spirituality for the rest of his life.

I know Andrew's legal difficulties are inexcusable but I know he regrets his actions and has learned from them. Judge Arcara I ask for leniency on him because of the man I have learned about in jail. He's one of the few you'll never see before you or any judge again. I am well over 10 years his senior but I respect him as if I was his little brother.

Sincerely,

6/12/17

Honorable Richard J. Arcara
United States District Judge
c/o MaryBeth Covert
Assistant Federal Public Defender
300 Pearl Street, suite 200
Buffalo, NY 14202

My name is Matthew Biles. I am 31 years old and this is not my first time in jail. However this time is unlike any other. I have always said that "there are no friends in jail" and that you leave the jail the same way you come in... 'Alone and on your own.' But today I can honestly say that I have some good friends in jail.

The small group of people that I have opened up to and have allowed myself to become close with will forever be in my heart and in my prayers. I had met Andrew for the first time in a Bible Study group that he and another inmate had started on their own in the Niagra County Jail. I had never been to a Bible Study group before - (well... I had, but I had never participated in a Bible Study group before.)

In the short time that I have known Andrew I feel like he has helped me tremendously. Andrew has encouraged and motivated me to join and actively participate in every program that the jail offers. He reminds me daily to take advantage of my time here

and he has made me aware that everyday is an opportonity to learn something new.

Andrew has helped me to set and make small goals for myself. He has shown me how to make a plan and stick with it.

But most importantly, Andrew has taught me to hold myself accountable and he encourages me not to be afraid to ask for help.

Your Honor Andrew has shown me and many others in our pod how to live a life led by God. With his help I'm on a path I have never been on before. He is a man I admire for his determination for change. One of his favorite sayings is "with God anything is possible". I now know that this is true.

Sincerely Matthew Biles