UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    17-CR-70-RJA

      v.                                  SUPPLEMENTAL
                                    SENTENCING MEMORANDUM

ANDREW REINER,

          Defendant.
_____

**MARYBETH COVERT,** affirms under penalty of perjury that:

Andrew Reiner is scheduled to be sentenced before this Court on December 22, 2016 at 10:00 A.M. Attached are a letter of acceptance from the defendant, Andrew Reiner, and one written on behalf of the Defendant for the Court's consideration at time of sentencing. The letters are from:

      Exhibit A – Andrew Reiner, the defendant.

      Exhibit B - Mr. John Davis, friend of Andrew Reiner.

**DATED:**    Buffalo, New York, December 19, 2017.

                                                Respectfully submitted,

                                                **/s/ MaryBeth Covert**
                                                MaryBeth Covert
                                                Assistant Federal Public Defender
                                                Federal Public Defender's Office
                                                300 Pearl Street, Suite 200
                                                Buffalo, New York 14202
                                                (716) 551-3341, (716) 551-3346 (Fax)
                                                marybeth_covert@fd.org
                                                Counsel for Defendant Andrew Reiner

**TO:**    Scott Allen
           Assistant United States Attorney

           Lindsay Maza
           United States Probation Officer Specialist