**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **17-CR-70-RJA** |
| v. | **AMEDED SUPPLEMENTAL SENTENCING MEMORANDUM** |
| **ANDREW REINER,** | |
| **Defendant.** | |

_____

**MARYBETH COVERT,** affirms under penalty of perjury that:

The Defendant, Andrew Reiner, is scheduled to be sentenced before this Court on December 22, 2017 at 10:00 A.M.  Attached is a letter of acceptance from the defendant, Andrew Reiner, and a letter written on behalf of the Defendant for the Court's consideration at the time of sentencing. The letters are from:

  Exhibit A – Andrew Reiner, the defendant.
  Exhibit B - Mr. John Davis, friend of Andrew Reiner.

**DATED:**    Buffalo, New York, December 19, 2017.

                          Respectfully submitted,

                          **/s/  MaryBeth Covert**
                          MaryBeth Covert
                          Assistant Federal Public Defender
                          Federal Public Defender's Office
                          300 Pearl Street, Suite 200
                          Buffalo, New York 14202
                          (716) 551-3341, (716) 551-3346 (Fax)
                          marybeth_covert@fd.org
                          Counsel for Defendant Andrew Reiner

**TO:**   Scott Allen
     Assistant United States Attorney

     Lindsay Maza
     United States Probation Officer Specialist